# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNE L. MIESSEK,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL GOVERNMENT,<br><br>    Defendant.<br>_____/ | Case No. 1:22-cv-01021-SKO<br><br>ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED WITHOUT THE PREPAYMENT OF FEES AND REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION OR FILING FEE WITHIN THIRTY DAYS<br><br>(Doc. 2)<br><br>**30-DAY DEADLINE** |

Plaintiff Tonne L. Miessek, proceeding *pro se*, filed this civil action on August 15, 2022. (Doc. 1.) Plaintiff also filed an application to proceed without the prepayment of fees, but the form application was not complete. (*See* Doc. 2.) The application indicates that Plaintiff received money from disability or workers compensation payments, but it does not state the amount received and what Plaintiff expects to continue to receive. (*See id.*) It is also unclear whether Plaintiff owns any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other thing of value. (*See id.*)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed without the prepayment of fees is DENIED without prejudice; and

2. Within thirty (30) days of the date of service of this order, Plaintiff shall file an amended application to proceed without the prepayment of fees, completed and signed.  Alternatively, Plaintiff may pay the $402.00 filing fee for this action. **Failure to comply with this order will result in the recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **August 17, 2022**                    /s/ *Sheila K. Oberto*                    
                                              UNITED STATES MAGISTRATE JUDGE