UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNE L. MIESSEK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL GOVERMENT,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01021-ADA-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND LOCAL RULES AND FAILURE TO PROSECUTE<br><br>(ECF No. 6) |

　　　Plaintiff Tonne L. Miessek ("Plaintiff"), proceeding pro se, filed this civil action on August 15, 2022. (ECF No. 1.) Plaintiff also filed an application to proceed without the prepayment of fees, but the form application was not complete. (*See* ECF No. 2.) The application indicated that Plaintiff received money from disability or workers compensation payments, but it did not state the amount received and what Plaintiff expects to continue to receive. (*See id*.) It was also unclear whether Plaintiff owns any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other thing of value. (*See id*.)

　　　On August 18, 2022, the Court issued an order denying without prejudice Plaintiff's application to proceed without the prepayment of fees and directing Plaintiff to either file an amended application, completed and signed, or pay the $402.00 filing fee for this action, within thirty days. (ECF No. 3.) Plaintiff was cautioned that the failure to comply with the Court's order would result in a recommendation that this action be dismissed. (*See id*.) More than thirty days have passed, and Plaintiff has failed to file an amended application or to pay the filing fee.

When served at Plaintiff's address of record, the August 18, 2022, order was returned as undeliverable on September 19, 2022. (*See* Docket.) Local Rule 183(b) provides that:

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

E.D. Cal. L.R. 183(b). Although more than sixty-three days have passed since the order was returned as undeliverable, Plaintiff has not contacted the Court to provide a current address, request an extension, or to otherwise explain the lack of compliance with the order.

On November 29, 2022, an order issued for Plaintiff to show cause ("OSC") within twenty-one days why the action should not be dismissed for their failure to comply with this Court's order. (ECF No. 4.) Plaintiff was again warned in the OSC that the failure to comply with the Court's orders would result in a recommendation of dismissal to the presiding district judge of this action. (*Id.* at 2–3.) Plaintiff has not yet filed any response, and the time to do so has passed.

On January 5, 2023, the assigned Magistrate Judge issued findings and recommended that the case be dismissed for failing to comply with Court orders, the Court's local rules, and for failure to prosecute this action. (ECF No. 6.) Plaintiff was granted twenty-one (21) days in which to file objections to the findings and recommendation. (*Id.*) The order was returned as undeliverable, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

///
///
///
///
///
///

Accordingly,

1. The findings and recommendation issued January 5, 2023, (ECF No. 6), are ADOPTED IN FULL; and

2. This action is DISMISSED based on Plaintiff's failure to obey Court orders, this Court's local rules, and failure to prosecute this action.

IT IS SO ORDERED.

Dated:   March 10, 2023

UNITED STATES DISTRICT JUDGE